**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pramod K Jain** | Social Security number or ITIN | **xxx–xx–4635** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | Date case filed for chapter | **7  6/24/16** |
| Case number: | **16–22229–JKS** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Pramod K Jain | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 22 Stone Tower Drive<br>Alpine, NJ 07620 | |
| 4. | **Debtor's attorney**<br>Name and address | George M. Pangis<br>Norgaard O'Boyle<br>184 Grand Ave<br>Englewood, NJ 07631 | Contact phone _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Benjamin A. Stanziale Jr.<br>Stanziale & Stanziale<br>29 Northfield Avenue<br>Suite 201<br>West Orange, NJ 07052 | Contact phone (973) 731–9393 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 6/25/16 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 21, 2016 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/19/16** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:  
Pramod K Jain  
    Debtor

Case No. 16-22229-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 27, 2016  
                   Form ID: 309A     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2016.
```
db              Pramod K Jain,    22 Stone Tower Drive,    Alpine, NJ 07620
tr             +Benjamin A. Stanziale, Jr.,    Stanziale & Stanziale,    29 Northfield Avenue,    Suite 201,
                 West Orange, NJ 07052-5358
smg             U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
516253384     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE 19808-1674)
516253385       Anita Jain,    22 Stone Tower Dr,    Alpine, NJ 07620
516253387       Capital One/Lord & Taylor,    PO Box 30253,    Salt Lake City, UT 84130-0253
516253390       FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
516253391       GE Commercial Finance,    c/o Peretore & Peretore,    191 Woodport Rd,    Sparta, NJ 07871-2607
516253392       Getman Biryla,    800 Rand Bldg 14 Lafayette Sq,    Buffalo, NY 14203
516253393       Hillary Step Acquisition LLC,    c/o Sills Cummis & Gross, PC,    1 Riverfront Plz,
                 Newark, NJ 07102
516253394       LSF9 Master Participation Trust,    c/o RAS Citron,    130 Clinton Rd Ste 202,
                 Fairfield, NJ 07004-2927
516253396       Pradip Jain,    22 Stone Tower Dr,    Alpine, NJ 07620
516253397       RAS Citron, LLC,    130 Clinton Rd Ste 202,    Fairfield, NJ 07004-2927
516253398      +Rosenthal & Rosenthal Inc.,    c/o Michael Wenger, General Counsel,    1370 Broadway,
                 New York, NY 10018-7399
516253399       State of NJ-Division of Taxation,    Revenue Processing Center,    PO Box 193,
                 Trenton, NJ 08646-0193
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: gpangis@norgaardfirm.com Jun 27 2016 21:53:38     George M. Pangis,
                 Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2016 21:53:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516253383       EDI: AMEREXPR.COM Jun 27 2016 21:53:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
516253386       EDI: CAPITALONE.COM Jun 27 2016 21:53:00      Capital One Bank USA NA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516253388       EDI: CITICORP.COM Jun 27 2016 21:53:00      Citicards CBNA,    701 E 60th St N,
                 Sioux Falls, SD 57104-0432
516253389       EDI: DISCOVER.COM Jun 27 2016 21:53:00      Discover Fincl Svc LLC,    PO Box 15316,
                 Wilmington, DE 19850-5316
516253395       E-mail/Text: camanagement@mtb.com Jun 27 2016 21:53:44     M&T Credit Services, LLC,
                 1 M and T Plz,    Buffalo, NY 14203-2309
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2016                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2016 at the address(es) listed below:  
NONE.                                                                                   TOTAL: 0