# STANZIALE & STANZIALE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

---

BENJAMIN A. STANZIALE (1965-1998)
BENJAMIN A. STANZIALE, JR.
ben@stanzialelaw.com

29 NORTHFIELD AVENUE, SUITE 201
WEST ORANGE, NJ 07052

TELEPHONE: (973) 731-9393
FAX: (973) 731-9401

March 8, 2017

**Via Electronic Case Filing Only**
Honorable John K. Sherwood, USBJ
United States Bankruptcy Court
50 Walnut Street
P.O. Box 1352
Newark, NJ 07101-1352

    **RE:**    **Debtor: Jain, Pramod K.**
                **Ch. 7; Case No. 16-22229-JKS**

Dear Judge Sherwood:

    With regard to the above referenced case, please be advised I am investigating the Debtor's finances. I anticipate on making a determination if this is an asset case by May 1, 2017.

    Respectfully submitted,

    **STANZIALE & STANZIALE, P.C.**

    /s/ Benjamin A. Stanziale, Jr.

    Benjamin A. Stanziale, Jr.

BAS,Jr/kf
Enclosure