United States Trustee

*Districts of Delaware and New Jersey*

NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER CASE TO ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 case:

NAME OF CASE   PRAMOD K. JAIN

CASE NUMBER   16-22229-JKS

AMOUNT OF FUNDS ON HAND   Unknown

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS ON THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE   Unknown

ESTIMATED VALUE   Unknown

OTHER INFORMATION RELATING TO STATUS OF CASE

SIGNATURE OF TRUSTEE   /s/ Benjamin A. Stanziale, Jr.

NAME OF TRUSTEE   Benjamin A. Stanziale, Jr.   DATED   06/29/2017