| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Proposed Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | |
| In Re:<br><br>PRAMOD JAIN,<br><br>               Debtor. | Chapter: 7<br><br>Case No.: 16-22229 (JSK)<br><br>Judge: John K. Sherwood |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

### CERTIFICATION OF KIM R. LYNCH ESQ. IN SUPPORT OF APPLICATION FOR RETENTION OF FORMAN HOLT AS ATTORNEYS

I, Kim R. Lynch, being of full age, certify as follows:

1. My firm is seeking authorization to be retained as attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee.

2. I am admitted to practice law before the State of New Jersey and before this Court.

3. I am a member of the firm of Forman Holt.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows: Charles M. Forman, Attorney $650.00; Erin J. Kennedy, Attorney $500.00; Michael E.

00686881 - 1

Holt, Attorney $500.00; Kim R. Lynch, Attorney $500.00; Michael J. Connolly, Attorney $500.00; Para-Professionals and Legal Assistants from $150.00 to $250.00. These rates are subject to annual review and revision.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. §101(14).

☐ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. §327(e).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Kim R. Lynch
Kim R. Lynch

Dated: June 15, 2017