**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: JAIN, PRAMOD K.       §   Case No. 16-22229-JKS
                 §
                 §
                 §
       Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/24/2016. The undersigned trustee was appointed on 03/08/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of   $   25,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 8.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 24,991.10 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/27/2017 and the deadline for filing governmental claims was 12/21/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,250.00, for a total compensation of $3,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $73.75 for total expenses of $73.75[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/18/2018

By: /s/ Benjamin A. Stanziale, Jr.
           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 16-22229-JKS | Trustee Name: | (500340) Benjamin A. Stanziale, Jr. |
|---|---|---|---|
| Case Name: | JAIN, PRAMOD K. | Date Filed (f) or Converted (c): | 06/24/2016 (f) |
| | | § 341(a) Meeting Date: | 07/21/2016 |
| For Period Ending: | 12/18/2018 | Claims Bar Date: | 09/27/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 22 STONE TOWER DR, ALPINE, NJ 07620 SINGLE-FAMILY HOME, RESIDENCE<br>DEBTOR NOT ON DEED TO PROPERTY PRESENT TIME. SEE ASSET #14 - ACTION TO VOID FRAUDULENT TRANSFER OF THIS ASSET. PROPERTY NOT CURRENTLY IN DEBTOR'S NAME, ISSUE OF OWNERSHIP INTEREST SETTLED. | 2,857,100.00 | 0.00 | | 0.00 | FA |
| 2 | 2014 HONDA ACCORD, 20000 MILES | 12,066.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | \| TV/COMPUTER/CELL PHONE | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | ORDINARY CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6 | CHECKING ACCOUNT: JP MORGAN CHASE BANK | 59.36 | 0.00 | | 0.00 | FA |
| 7 | HALLMARK JEWELLERY-F.Z.C., 00% OWNERSHIP | Unknown | 0.00 | | 0.00 | FA |
| 8 | DIASTAR JEWELLERY PRIVATE LIMITED, 00% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 9 | IRA: ALLIANCE BERNSTEIN | 109,226.54 | 0.00 | | 0.00 | FA |
| 10 | AXA EQUITABLE LIFE INSURANCE-TERM LIFE INSURANCE POLICY: ANITA JAIN | 0.00 | 0.00 | | 0.00 | FA |
| 11 | AXA EQUITABLE LIFE INSURANCE-WHOLE LIFE INSURANCE POLICY: ANITA JAIN | 1,371.69 | 0.00 | | 0.00 | FA |
| 12 | NEW YORK LIFE-WHOLE LIFE INSURANCE POLICY: ANITA JAIN | 6,293.72 | 0.00 | | 0.00 | FA |
| 13 | NEW YORK LIFE-WHOLE LIFE INSURANCE POLICY: ANITA JAIN | 7,721.06 | 0.00 | | 0.00 | FA |
| 14 | ACTION TO AVOID TRANSFER OF ASSET 1 TO DEBTOR'S WIFE (u)<br>ADV. PROC. 18-1262 | 100,000.00 | 100,000.00 | | 25,000.00 | FA |
| 14 | Assets Totals (Excluding unknown values) | **$3,100,838.37** | **$100,000.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR SENT FOR REVIEW ON DECEMBER 18, 2018

**Initial Projected Date Of Final Report (TFR):** 12/31/2019   **Current Projected Date Of Final Report (TFR):** 12/18/2018 (Actual)

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 16-22229-JKS | Trustee Name: | Benjamin A. Stanziale, Jr. (500340) |
|---|---|---|---|
| Case Name: | JAIN, PRAMOD K. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8244 | Account #: | ******2900 Checking |
| For Period Ending: | 12/18/2018 | Blanket Bond (per case limit): | $41,113,693.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/17/18 | {14} | GARY NORGAARD TRUST ACCT FOR JAIN | PAYMENT OF SETTLEMENT OF ADV PROC 18-1262 PER NOTICE OF SETTLEMENT | 1241-000 | 25,000.00 | | 25,000.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 8.90 | 24,991.10 |
| | | **COLUMN TOTALS** | | | 25,000.00 | 8.90 | $24,991.10 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 25,000.00 | 8.90 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $25,000.00 | $8.90 | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**          *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-22229-JKS | **Trustee Name:** | Benjamin A. Stanziale, Jr. (500340) |
| **Case Name:** | JAIN, PRAMOD K. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8244 | **Account #:** | ******2900 Checking |
| **For Period Ending:** | 12/18/2018 | **Blanket Bond (per case limit):** | $41,113,693.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $25,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $25,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2900 Checking | $25,000.00 | $8.90 | $24,991.10 |
| | **$25,000.00** | **$8.90** | **$24,991.10** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Claims Register

**Case:** 16-22229-JKS    **PRAMOD K JAIN**

Claims Bar Date: 09/27/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| D0 | American Honda Finance<br>201 Little Falls Dr<br>Wilmington, DE 19808<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | LSF9 Master Participation Trust<br>c/o RAS Citron<br>130 Clinton Rd Ste 202<br>Fairfield, NJ 07004<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Rosenthal & Rosenthal Inc.<br>c/o Michael Wenger, General Counsel<br>1370 Broadway<br>New York, NY 10018<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3S | M&T BANK - PO BOX 1508 BUFFALO, NY 14240<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>07/26/17 | | $29,457.00<br>$0.00 | $0.00 | $0.00 |
| | CLAIM DISALLOWED PER COURT ORDER ENTERED 11/20/2018 | | | | | |
| 4 | STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION<br>P.O. Box 245<br>Trenton, NJ 08695-0245<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 650 | Secured<br>08/22/17 | | $31,213.54<br>$31,213.54 | $0.00 | $31,213.54 |
| | CLAIM SUBORDINATED PER CONSENT ORDER ENTERED 10/31/2018 | | | | | |
| ATTYCOST | Forman Holt Eliades & Youngman, LLC<br>80 Route 4 East<br>Suite 290<br>Paramus, NJ 07652<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>11/27/18 | | $408.30<br>$408.30 | $0.00 | $408.30 |

Page: 2

# Exhibit C

## Claims Register

**Case:** 16-22229-JKS           **PRAMOD K JAIN**

Claims Bar Date: 09/27/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTYFEE | Forman Holt Eliades & Youngman, LLC<br>80 Route 4 East<br>Suite 290<br>Paramus, NJ 07652<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>11/27/18 | | $14,500.00<br>$14,500.00 | $0.00 | $14,500.00 |
| CTFEE | UNITED STATES BANKRUPTCY COURT<br>UNITED STATES COURT HOUSE<br>PO BOX 1352<br>NEWARK, NJ 07101-1352<br><2700-000 Clerk of the Court Fees><br>, 200<br>FILING FEE FOR ADV. PROC. 18-1262 | Administrative<br>12/18/18 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| FEE | Benjamin A. Stanziale, Jr.<br>29 Northfield Avenue<br>Suite 201<br>West Orange, NJ 07052<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>11/26/18 | | $3,250.00<br>$3,250.00 | $0.00 | $3,250.00 |
| TE | Benjamin A. Stanziale, Jr.<br>29 Northfield Avenue<br>Suite 201<br>West Orange, NJ 07052<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>12/18/18 | | $73.75<br>$73.75 | $0.00 | $73.75 |
| | State of NJ-Division of Taxation<br>Revenue Processing Center<br>PO Box 193<br>Trenton, NJ 08646<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | American Express<br>PO Box 981537<br>El Paso, TX 79998<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Case 16-22229-JKS    Doc 51    Filed 01/30/19    Entered 01/30/19 10:11:57    Desc Main
Document      Page 8 of 14

Page: 3

# Exhibit C

## Claims Register

Case: 16-22229-JKS                           PRAMOD K JAIN

Claims Bar Date: 09/27/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | American Express<br>PO Box 981537<br>El Paso, TX 79998<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | American Express<br>PO Box 981537<br>El Paso, TX 79998<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One/Lord & Taylor<br>PO Box 30253<br>Salt Lake City, UT 84130<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Citicards CBNA<br>701 E 60th St N<br>Sioux Falls, SD 57104<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 4

# Exhibit C

## Claims Register

**Case:** 16-22229-JKS        **PRAMOD K JAIN**

Claims Bar Date: 09/27/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Citicards CBNA<br>701 E 60th St N<br>Sioux Falls, SD 57104<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Costco Anywhere Visa by Citi<br>701 E 60th St N<br>Sioux Falls, SD 57104<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Discover Find Svc LLC<br>PO Box 15316<br>Wilmington, DE 19850<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | FNB Omaha<br>PO Box 3412<br>Omaha, NE 68103<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | GE Commercial Finance<br>c/o Peretore & Peretore<br>191 Woodport Rd<br>Sparta, NJ 07871<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Hillary Step Acquisition LLC<br>c/o Sills Cummis & Gross, PC<br>1 Riverfront Plz<br>Newark, NJ 07102<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Claims Register

**Case:** 16-22229-JKS            **PRAMOD K JAIN**

Claims Bar Date: 09/27/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | M&T Credit Services, LLC<br>1 M and T Plz<br>Buffalo, NY 14203<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | RAS Citron, LLC<br>130 Clinton Rd Ste 202<br>Fairfield, NJ 07004<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/08/16 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK DISCOVER PRODUCTS INC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/06/17 |  | $8,340.00<br>$8,340.00 | $0.00 | $8,340.00 |
| 2 | FIRST NATIONAL BANK OF OMAHA<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/11/17 |  | $2,382.51<br>$2,382.51 | $0.00 | $2,382.51 |
| 3U | M&T BANK - PO BOX 1508 BUFFALO, NY 14240<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>CLAIM DISALLOWED PER COURT ORDER ENTERED 11/20/2018 | Unsecured<br>07/26/17 |  | $1.00<br>$0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/23/17 |  | $69.60<br>$69.60 | $0.00 | $69.60 |

# Exhibit C

# Claims Register

**Case: 16-22229-JKS**          **PRAMOD K JAIN**

Claims Bar Date: 09/27/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | CAVALRY SPV I, LLC<br>BASS & ASSOCIATES, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/18/17 | | $89.70<br>$89.70 | $0.00 | $89.70 |
| | | | **Case Total:** | | **$0.00** | **$60,677.40** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-22229-JKS
Case Name: PRAMOD K JAIN
Trustee Name: Benjamin A. Stanziale, Jr.

**Balance on hand:**  $             24,991.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | M&T BANK - PO BOX 1508 BUFFALO | 29,457.00 | 0.00 | 0.00 | 0.00 |
| 4 | STATE OF NEW JERSEYDEPARTMENT OF TREASURY DIVISION OF TAXATION | 31,213.54 | 31,213.54 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $              0.00
Remaining balance:     $         24,991.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Benjamin A. Stanziale, Jr. | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - Benjamin A. Stanziale, Jr. | 73.75 | 0.00 | 73.75 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee Fees (Other Firm) - Forman Holt Eliades & Youngman, LLC | 14,500.00 | 0.00 | 14,500.00 |
| Attorney for Trustee Expenses (Other Firm) - Forman Holt Eliades & Youngman, LLC | 408.30 | 0.00 | 408.30 |

Total to be paid for chapter 7 administrative expenses:     $         18,582.05
Remaining balance:     $          6,409.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $              0.00
Remaining balance:     $          6,409.05

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,409.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $10,881.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK DISCOVER PRODUCTS INC | 8,340.00 | 0.00 | 4,912.01 |
| 2 | FIRST NATIONAL BANK OF OMAHA | 2,382.51 | 0.00 | 1,403.22 |
| 3U | M&T BANK - PO BOX 1508 BUFFALO | 0.00 | 0.00 | 0.00 |
| 5 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP | 69.60 | 0.00 | 40.99 |
| 6 | CAVALRY SPV I, LLC BASS & ASSOCIATES, P.C. | 89.70 | 0.00 | 52.83 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,409.05 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**